# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS DIAZ | Crim. No. 23-336<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that on July 29, 2025, the United States submitted sentencing materials to the Court in this case concerning defendant Carlos Diaz.

Date: 07/29/2025

ALINA HABBA
Acting United States Attorney

By: */s/ Garrett J. Schuman*
GARRETT J. SCHUMAN
Assistant U.S. Attorney